No. 500. UNITED STATES *v.* ONE 1948 PLYMOUTH SEDAN. C. A. 3d Cir. Certiorari denied. *Solicitor General Cummings* for the United States.

No. 518. DEENA ARTWARE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *James G. Wheeler* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling, Bernard Dunau* and *Samuel M. Singer* for respondent.

No. 524. PENNSYLVANIA THRESHERMEN & FARMERS' MUTUAL CASUALTY INSURANCE CO. *v.* V. L. PHILLIPS & CO., INC. ET AL. C. A. 4th Cir. Certiorari denied. *Walter E. Hoffman, Robert Lewis Young* and *H. A. Toulmin, Jr.* for petitioner.

No. 528. DUKE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *John G. Jackson, Jr.* for petitioner. *Solicitor General Cummings, Assistant Attorney General Lyon, Ellis N. Slack* and *Joseph F. Goetten* for respondent.

No. 529. SAULSBURY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James A. Dixon* and *John G. Rauch* for petitioner. *Solicitor General Cummings, Assistant Attorney General Holland, Ellis N. Slack* and *Cecelia H. Goetz* for the United States. *Edwin K. Steers,* Attorney General, and *Robert Hollowell,* Chief Counsel, filed a brief for the State of Indiana, as *amicus curiae,* supporting petitioner.